# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL R. LOVE, | CASE NO. 1:11-CV-01919-LJO-DLB PC |
| Plaintiff, | ORDER DISMISSING ACTION AS DUPLICATIVE |
| v. | |
| MATTHEW CATE, et al., | |
| Defendants. | |

Plaintiff Carl R. Love ("Plaintiff") is an inmate at Avenal State Prison proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on November 17, 2011 with an accompanying motion to proceed in forma pauperis. A review of court records indicates that this action is duplicative of the action filed as Case No. 1:11-cv-1903-SKO PC, *Love v. Cate, et al.*

"After weighing the equities of the case, the district court may exercise its discretion to dismiss a duplicative later-filed action, to stay that action pending resolution of the previously filed action, to enjoin the parties from proceeding with it, or to consolidate both actions." *Adams v. California Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007). "Plaintiffs generally have 'no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendants.'" *Id.* (quoting *Walton v. Eaton Corp.*, 563 F.2d 66, 70 (3d Cir. 1977) (en banc)). "[A] suit is duplicative if the claims, parties, and available relief do not significantly differ between the two actions." *Id.* at 689.

1    The present action, Case No. 1:11-cv-01919-LJO-DLB PC, is duplicative of Case No.
2 1:11-cv-01903-SKO PC.  Plaintiff brings the same causes of action, regarding the same issues
3 and factual allegations, in the same Court, against the same Defendants.  The only difference is
4 that this action includes a motion to proceed in forma pauperis and exhibits in support.
5    Accordingly, in light of the duplicative nature of the instant action to the Plaintiff's
6 previously filed action, the Court HEREBY ORDERS that the instant action is DISMISSED as
7 duplicative and that the Clerk of Court is DIRECTED to close this action.
8 IT IS SO ORDERED.
9 **Dated:    December 9, 2011**              /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE